**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | June 20, 2013 | Probation: | Ryan Henry |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Mary George | | |

---

Criminal Case No:  **12-cr-00113-WYD**          Counsel:

UNITED STATES OF AMERICA,          Guy Till

             Plaintiff,

v.

**1. JOSE RUBY LOPEZ-LUNA, a/k/a Jose**          Yan E. Shrayberman
**Avila, a/k/a Juan Luna, a/k/a Juan Lopez,**
**a/k/a Gordo, a/k/a, Jose Lopez Luna**,

             Defendant.

---

**SENTENCING**

---

**11:06 a.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Friday, March 22, 2013, at 4:00 p.m.**
> **Plea of Guilty - counts One, Three, Four, Five, Six, Seven, and Eight of**
> **Second Superseding Indictment.**

             APPEARANCES OF COUNSEL.

             Interpreter sworn (Spanish).

             Court's opening remarks.

11:08 a.m.     Statement on behalf of Defendant (Mr. Shrayberman).

11:11 a.m.     Statement on behalf of Probation (Mr. Henry).

11:14 a.m.    Statement on behalf of Government (Mr. Till).

11:15 a.m.    Statement on behalf of Defendant (Mr. Shrayberman).

11:15 a.m.    Statement on behalf of Government (Mr. Till).

11:27 a.m.    Statement on behalf of Defendant (Mr. Shrayberman).

11:31 a.m.    Statement by Defendant on his own behalf (Mr. Lopez-Luna).

              Court makes findings.

              Court **RATIFIES and ACCEPTS** the plea agreement pursuant to F.R.Cr.P.
              11(c)(1)(C).

**ORDERED:**   Defendant Jose Lopez Luna's Sentencing Memorandum/Motion for Variance
               [ECF Doc. No. 416], filed June 4, 2013, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **132** months as to Count One and **132** months as
               to Counts Three, Four, Five, Six, and Seven, to be served concurrently to Count
               One; and **60** months as to Count Eight to be served consecutively to Counts
               One, Three, Four, Five, Six, and Seven, for a total term of **192** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least
restrictive facility within the state of California.**

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on **Supervised
               Release** for a term of **5** years. This term consists of terms of **5** years on Counts
               One and Eight and **3** years on each of Counts Three, Four, Five, Six, and Seven,
               all such terms to run concurrently.

**ORDERED:**   **Conditions** of **Supervised Release** are:

        (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant
               shall report in person to the probation office in the district to which the defendant
               is released.

        (X)    Defendant shall not commit another federal, state or local crime.

        (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

        (X)    Defendant shall comply with standard conditions adopted by the Court.

     (X)       The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.

     (X)       The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

     (X)       If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**    Defendant shall pay **$700.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government shall file a motion to dismiss remaining counts.

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:52 a.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :46**